# Morgan Lewis

**MEMO ENDORSED**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:  1/15/26

**Keisha Sapphire Holgate**
Associate
+1.212.309.6899
keisha.holgate@morganlewis.com

January 13, 2026

**VIA ECF**

The Honorable Barbara Moses
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> Application GRANTED. The conference currently scheduled for February 5, 2026 is hereby ADJOURNED to **February 24, 2026 at 11:00 a.m.** The parties must submit their joint status update letter no later than **February 17, 2026**. SO ORDERED.
>
> Barbara Moses
> United States Magistrate Judge
> January 15, 2026

Re:    Raymer Aquiles De La Cruz v. American Express Company, et al.
       S.D.N.Y. Case No. 1:25-cv-07938-DEH-BCM

Your Honor:

We represent Defendant American Express National Bank ("American Express"), erroneously sued as American Express Company, in the above-referenced matter.  We write pursuant to Your Honor's Individual Rules to respectfully request an adjournment of the Initial Case Management Conference currently scheduled for February 5, 2026.  American Express's local counsel will be away on medical leave during this time and will be unable to attend. This is American Express's first request seeking an adjournment. All affected parties have consented to American Express's request.  Pursuant to input from the parties, American Express requests an adjourn date from February 23, 2026 through March 6, 2026, with the exception of February 25, 2026.

We thank you for your consideration of this matter.

Sincerely,

*/s/ Keisha Sapphire Holgate*
Keisha Sapphire Holgate

KSH

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060
United States

T +1.212.309.6000
F +1.212.309.6001

DB1/ 165589625.1